E-FILED
Tuesday, 28 March, 2006 01:09:26 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO: CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

All Cascino Vaughan Law Office
Cases on Attached Exhibit A

Plaintiff,

v.

Various Defendants

Defendants.

Case No.: See Exhibit A (# cases)

MOTION FOR VOLUNTARY DISMISSAL

NOW COMES the plaintiff, by their attorneys, Cascino Vaughan Law Offices, Ltd., and moves this Honorable Court to enter dismissals for the attached cases.

Date: 3/28/06

By: [signature]
Attorney for Plaintiff

Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312)-944-0600

Central District of Illinois Peoria Division

| Name | Case# |
|---|---|
| Aberle Glenn E | 93-1391 |
| Adkins Harold L | 94-1179 |
| Anders Willard C | 92-1510 |
| Anderson David R | 94-1082 |
| Ball Lyle E | 92-1514 |
| Bateman Lloyd J Sr | 941107 |
| Battistelli Arthur R | 94-1303 |
| Bault Charles R | 93-1419 |
| Beeney Donald G Sr | 94-1477 |
| Bennett Robert H | 93-3101 |
| Bennett Thomas W Sr | 94-1483 |
| Bessler Frederick E | 93-1162 |
| Bracewell John C Sr | 92-2317 |
| Bradley Kenneth F | 92-2314 |
| Buchanan Hugh E | 94-1479 |
| Burdette Lloyd E | 94-1092 |
| Burkey Donald L | 93-1163 |
| Butler Leonard C | 93-1420 |
| Byrne John T Sr | 93-1397 |
| Carrigan Kenneth F | 94-1170 |
| Cherry Harry A | 93-1395 |
| Childers Ronald E | 93-1415 |
| Chipman Glenn T | 93-1254 |
| Clifford Kenneth D | 93-1433 |
| Collinson Gordon J | 92-1493 |
| Contreras Alberto | 94-1480 |
| Cooper James S | 92-2312 |
| Cvetan Steve | 92-1515 |
| Daniel Harry W | 93-1435 |
| Darif Felix G Jr | 94-1465 |
| Davidson Richard B | 93-1416 |
| De Groot Harland H Sr | 94-1447 |
| Dean Elmer H | 94-1460 |
| Demattia Daniel J | 92-1508 |
| Dingledine Gary L | 94-1135 |
| Dotzert Albert E | 94-1301 |
| Doubet Lyle F | 92-1513 |
| Eldert Ronald V Jr | 92-1512 |
| Essex Gerald E | 94-1313 |
| Ford Everett | 93-1396 |
| Foust Basil | 93-1251 |
| Fraboni Louis R | 93-1434 |
| Geary Robert | 92-1521 |
| Geiger Gerald E | 94-1087 |
| Gibson Joe | 94-3218 |
| Godbee Carl L | 92-2315 |
| Goetsch Randall P | 94-1083 |



Central District of Illinois Peoria Division

| Name | Case# |
|---|---|
| Gontles Robert W Sr | 94-1448 |
| Greene Robert L Jr | 92-2316 |
| Grier David L | 93-1408 |
| Grier John C | 94-1300 |
| Gruenwald George R Sr | 94-2289 |
| Habel Paul E | 94-1458 |
| Hall John R | 94-1462 |
| Hall Wilbur L | 93-1168 |
| Hallengren Jack D | 93-1154 |
| Hawkins Dale R | 94-1133 |
| Hayes Robert W Sr | 93-1250 |
| Hegna Alvin J | 94-1484 |
| Hubbs Carl A | 93-1423 |
| Hunter David M | 93-1413 |
| Janko Albert M | 94-1085 |
| Jeffers David L | 92-2310 |
| Johnson Dorothy E | 94-1304 |
| Johnson Leo M | 93-1417 |
| Jolliff Donald G | 94-1467 |
| Kennedy Everett J | 94-1455 |
| Kilgore Max C | 94-1169 |
| Lanan Jack | 94-1417 |
| Latino Frank J | 94-1469 |
| Mandich Dmitar | 94-1459 |
| Mathus John L | 94-1091 |
| McDonald Ernest T | 94-1470 |
| Meadows Thomas M | 94-1338 |
| Meyers Andrew J | 93-1170 |
| Meyers Donald T | 94-1173 |
| Millard Eugene H | 93-1253 |
| Miller James A | 94-1476 |
| Miller Richard L | 92-1518 |
| Miller William | 93-1393 |
| Munton Loyd W | 94-1171 |
| Mustered Larry D | 92-1093 |
| Nash Paul K | 94-1464 |
| O'Brien Francis L | 94-1471 |
| O'Connor John J | 93-1407 |
| Piro Ronald W | 93-1255 |
| Ramsey Floyd H Jr | 94-1416 |
| Rexroat Gary V | 94-1086 |
| Richardson Jerry P | 92-2325 |
| Robinson Raymond | 94-1475 |
| Salisbury William J Sr | 94-1094 |
| Sanders Harold E Sr | 93-1392 |
| Schaefer John A | 94-1168 |
| Schneider Raymond F | 94-1166 |

Central District of Illinois Peoria Division

| Name | Case# |
|---|---|
| Schwartz Jimmie J | 94-1315 |
| Scohy Harry J Sr | 94-1457 |
| Seaborn Kenneth E | 94-1414 |
| Sepich Albert J | 93-1172 |
| Shannon Harold H | 93-1173 |
| Smith Dale A | 94-1466 |
| Stank Charles J | 93-1414 |
| Stewart William D Sr | 94-1474 |
| Stovall Jerry D | 94-1222 |
| Swearingen Gary R | 93-1272 |
| Taylor Orval H Sr | 93-1431 |
| Thompson Thomas L | 94-1456 |
| Tonarelli Russell | 93-1421 |
| Valdez Robert G | 94-1454 |
| Weber Dale E | 94-1134 |
| Weger Don R | 94-1453 |
| Weiman Stephan L Sr | 93-1160 |
| Wilkinson Dale J | 93-1430 |
| Wood Victor | 92-1497 |
| Wroblewski Robert E | 94-1472 |